IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AUSTIN EDWARD LIGHTFEATHER,

          Plaintiff,

vs.

BEATRICT STATE DEVELOPMENTAL CENTER,  CRISIS DIRECTOR JESSE, PAM POLL, Social Worker; LEE WIENER, Supervisor; PATRICK MERITT, Supervisor; SCOTT GREEN, Supervisor; ASHLEY LEFTY, Supervisor; JUSTIN BALLORD, Psychologist; ADMINISTRATOR DAWN, DEVIN CHOAT, Lead Supervisor;  LEAD SOCIAL WORKER TAMMY, CRYSTAL BROWN, Facility Staff;  JEREMY, TREVOR DAVIS, BETHANY, TOMMY BOWER, JENNIFER, TIMOTHY PARKS, MATTHEW, KEVIN KRUGAR, MELISSA KING, ALLEN, ALEX, LIBBY, KELSY, BECKY, AMBER, STACY, JAKE, BILL, HANNA, ANNA, TAMARA, UNKNOWN MEDIC,  FOUR UNKNOWN BEATRICE POLICE OFFICERS, OFFICER OLIVER,  THREE UNKNOWN NEBRASKA STATE TROPPERS,  STATE TROPPER LEAD INVESTIGATOR HOWARD, and MILLARD GUSTOFSUN, Beatrice Sheriff;

          Defendants.

**8:21CV116**

**MEMORANDUM AND ORDER**

      This matter is before the court on Plaintiff's "Motions ... 1) I wish to motion a proceed of leave in forma pauperis, 2) I wish to request an AO 240 application, 3) I wish to request a motion of my filing fee for initial review ...," which he included with his Complaint and was docketed as a motion for leave to proceed in forma pauperis. (Filing 2.) However, Plaintiff's motion does not comply with the terms of 28 U.S.C. § 1915, the

statute authorizing proceedings in forma pauperis. See 28 U.S.C. § 1915(a)(1) (requiring the plaintiff to submit "an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor"). Plaintiff has the choice of either submitting the $402.00 filing and administrative fees to the clerk's office or submitting a request to proceed in forma pauperis that complies with 28 U.S.C. § 1915.1 Failure to take either action within 30 days will result in the court dismissing this case without further notice to Plaintiff.

IT IS THEREFORE ORDERED that:

1. Plaintiff's "Motions ... 1) I wish to motion a proceed of leave in forma pauperis, 2) I wish to request an AO 240 application, 3) I wish to request a motion of my filing fee for initial review ...," (Filing 2) is denied without prejudice to reassertion in a motion to proceed in forma pauperis that complies with 28 U.S.C. § 1915.

2. Plaintiff is directed to submit the $402.00 fees to the clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

3. The clerk of the court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

4. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: April 22, 2021: Check for MIFP or payment.

Dated this 23rd day of March, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge

2