IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER,<br><br>Plaintiff,<br><br>vs.<br><br>BEATRICE STATE DEVELOPMENTAL CENTER, et al.,<br><br>Defendants. | 8:21CV116<br><br><br>**MEMORANDUM AND ORDER** |

Plaintiff has filed a motion requesting that he be provided "copies of [his] appeal." (Filing 21.) The statutory right to proceed in forma pauperis does not include the right to receive copies of documents. 28 U.S.C. § 1915; *see also Haymes v. Smith*, 73 F.R.D. 572, 574 (W.D.N.Y.1976) ("The generally recognized rule is that a court may not authorize the commitment of federal funds to underwrite the necessary expenditures of an indigent civil litigant's action.") (citing *Tyler v. Lark*, 472 F.2d 1077, 1078 (8th Cir.1973)).

IT IS THEREFORE ORDERED that Plaintiff's motion for copies (Filing 21) is denied.

Dated this 30th day of July 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge