IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER,<br><br>Plaintiff,<br><br>vs.<br><br>BEATRICE STATE DEVELOPMENTAL CENTER, et al.,<br><br>Defendants. | 8:21CV116<br><br>**ORDER<br>NUNC PRO TUNC** |

IT IS ORDERED that the first sentence of the court's Memorandum and Order entered on July 5, 2022 (Filing 30) is corrected by stating this action is "stayed" rather than "dismissed." The stay order entered on July 14, 2021 (Filing 15), shall remain in effect, and this case shall remain closed for statistical purposes.

Dated this 6th day of July 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge