IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER,<br><br>    Plaintiff,<br><br> vs.<br><br>SCOTT GREEN, Supervisor; ASHLEY LEAFTY, Supervisor; CRYSTAL BROWN, Facility Staff; JENNIFER, TIMOTHY PARKS, ALEX, and AMBER,<br><br>    Defendants. | 8:21CV116<br><br>ORDER |
| AUSTIN EDWARD LIGHTFEATHER,<br><br>    Plaintiff,<br><br> vs.<br><br>OFFICER BLUE, in his individual compacity; OFFICER JOHNSON, in his individual compacity; OFFICER HELM, in his individual compacity; OFFICER WOLF, in her individual compacity; OFFICER THOMAS, in his individual compacity; and SGT. NEEDMAN, in his individual compacity;<br><br>    Defendants. | 8:22CV247<br><br>ORDER |
| AUSTIN EDWARD LIGHTFEATHER,<br><br>    Plaintiff,<br><br> vs.<br><br>MATTHEW PAVEY, and CODY MILLER, Corpral;<br><br>    Defendants. | 8:23CV214<br><br>ORDER |

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER, Plaintiff, vs. KERRI PAULSON, LMHP, LIMHP; GARY LOVELACE, JASON MULAR, and JUDGE GERRUP, US Senior Federal Judge, in his individual compacity; Defendants. | 8:25CV53 ORDER |

The above-captioned matters are before the Court on the Court's own motion. On March 14, 2025, Plaintiff Austin Edward Lightfeather named the undersigned as a defendant in his complaint in Case No. 8:25CV192, Filing No. 1, which is assigned to Senior District Court Judge John M. Gerrard. Under these circumstances and because his impartiality might reasonably be questioned, the undersigned shall, and hereby does, recuse himself from the above-designated cases pursuant to 28 U.S.C. § 455(a) & (b)(5).

SO ORDERED.

Dated this 12th day of May, 2025.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge