IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER, <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT GREEN, Supervisor, in their individual capacities only; ASHLEY LEAFTY, Supervisor, in their individual capacities only; CRYSTAL BROWN, Facility Staff, in their individual capacities only; JENNIFER SOTO, in their individual capacities only; TIMOTHY PARKS, in their individual capacities only; ALEX VATER, in their individual capacities only; and AMBER NAUKAM, in their individual capacities only; <br><br> Defendants. | **8:21CV116** <br><br> **AMENDED MEMORANDUM AND ORDER** |

This matter is before the Court on case management. In its previous order dated April 23, 2026, the Court directed the Clerk of Court to obtain the last known addresses for defendants Scott Green, Timothy Parks, Amber Naukam, and Alex Vater from the Marshals Service for service of process on them in their individual capacities. Filing No. 76. The Marshals Service informed the Clerk of Court that they are unable to locate Alex Vater in their databases and are unable to narrow down results for Scott Green without more identifying information such as date of birth, race, age, etc. Accordingly, to expedite progression of this case,

IT IS THEREFORE ORDERED that:

1.      No later than **June 1, 2026**, Mr. Justin J. Hall with the Nebraska Attorney General's Office, as counsel for those defendants already served, shall provide to the court the addresses or other identifying information for Alex Vater and Scott Green, to the extent he knows or can reasonably ascertain them. The employment addresses of these individuals will be sufficient if they are still employed with the State of Nebraska. If, however, either of these individuals is no longer employed with the State of Nebraska, their personal addresses shall be filed under seal with the court.[1]

2.      The Clerk of Court is directed to set a pro se case management deadline using the following text: **June 1, 2026**: check for identifying information and addresses from Mr. Hall.

Dated this 30th day of April, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

---

[1] *Cf. Munz v. Parr*, 758 F.2d 1254, 1257 (8th Cir. 1985) ("Dismissal is proper only when it appears that the true identity of the defendant cannot be learned through discovery or the court's intervention.") (citation omitted); *see also, Donald v. Cook County Sheriff's Dept.*, 95 F.3d 548, 555 n. 3 (7th Cir. 1996) (citing additional authority).